DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGEL LUIS DIAZ-CURET,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1694

[June 10, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case Nos. 11-18318CF10A and 11-20193CF10A.

Angel Luis Diaz-Curet, Quincy, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***